UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALEXANDER PANGBORN,<br>　　Plaintiff<br><br>v.<br><br>CARE ALTERNATIVES OF<br>MASSACHUSETTS, LLC D/B/A<br>ASCEND HOSPICE, and ABC1857, LLC F/K/A<br>CARE ONE MANAGEMENT, LLC,<br>　　Defendants | : <br>: <br>: <br>: <br>: <br>: Civil Action No. 3:20-cv-30005-MGM<br>: <br>: <br>: <br>: <br>: <br>: |

**<u>JOINT STIPULATION OF DISMISSAL WITH PREJUDICE</u>**

　　It is hereby Stipulated and Agreed by and between the parties through their undersigned counsel that the above-captioned action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The parties further stipulate that each party shall bear their own attorneys' fees, costs and expenses.

　　Dated: December 7, 2021

Respectfully submitted,

| | |
|---|---|
| ALEXANDER PANGBORN<br>By his attorneys, | CARE ALTERNATIVES OF MASSACHUSETTS, LLC D/B/A ASCEND HOSPICE AND ABC1857, LLC F/K/A CARE ONE MANAGEMENT, LLLC<br><br>By their attorneys, |
| */s/ Chris Erchull*<br>Chris Erchull (BBO No. 690555)<br>Bennett H. Klein (BBO No. 550702)<br>GLBTQ Legal Advocates & Defenders<br>18 Tremont Street, Suite 950<br>Boston, MA 02108<br>Tel: (617) 426-1350<br>cerchull@glad.org<br>bklein@glad.org | */s/ Cheryl B. Pinarchick*<br>Cheryl B. Pinarchick (BBO No. 688970)<br>Deepa K. Desai (BBO No. 696574)<br>FISHER & PHILLIPS, LLP<br>200 State Street, 7th Floor<br>Boston, MA 02109<br>Tel: (617) 722-0044<br>cpinarchick@fisherphillips.com<br>ddesai@fisherphillips.com |

Dated: December 7, 2021

## **CERTIFICATION**

I, Cheryl B. Pinarchick, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic filing (NEF) on December 7, 2021.

*/s/ Cheryl B. Pinarchick*
Cheryl B. Pinarchick